[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-12970
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 30, 2012
JOHN LEY
CLERK

D.C. Docket No. 4:10-cr-00045-CDL-MSH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL CAMERENO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(January 30, 2012)

Before EDMONDSON, MARTIN and FAY, Circuit Judges.

PER CURIAM:

William L. Kirby II, appointed counsel for Michael Camereno, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Camereno's conviction and sentence is **AFFIRMED.**